# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, K.J. BRUBAKER, D.A. NORKIN**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**DAVID C. DOOLEY**
**CONSTRUCTION ELECTRICIAN SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201400393**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 28 July 2014.
**Military Judge:** CAPT Bethany L. Payton-O'Brien, JAGC, USN.
**Convening Authority:** Commanding Officer, Naval Facilities Engineering Command Northwest, Silverdale, WA.
**Staff Judge Advocate's Recommendation**: LT Julie A. Sherman-Dumais, JAGC, USN.
**For Appellant:** Maj Michael D. Berry, USMCR.
**For Appellee:** Mr. Brian K. Keller, Esq.

**17 March 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court